THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDERICK FABRICIO, Appellant.

Submitted February 9, 2004; decided February 12, 2004

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 45 West 45th Street, 7th Floor, New York, NY 10036 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HENRIQUEZ, Appellant.

Submitted January 26, 2004; decided February 12, 2004

Motion for assignment of counsel granted and Laura Johnson, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.